**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANNA MELIS,

    Plaintiff,                                                                                                                   Case No.: 1:25-cv-15036

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | zhiuen |
| 2 | xinxiangshibaofushizhenggongcheng |
| 3 | sichuanhefengmaoyiyouxiangongsi |
| 4 | mianyangshiqinghongshipinyouxiangongsi |
| 5 | sichuanxingdingfujianzhulaowuyouxiangongsi |
| 6 | MianYangNanMuNanMaoYiYouXianGongSi |
| 7 | yanxixiawenjvyongpindian |
| 8 | Kdemeng |
| 9 | huaxuzidonghuashebei(shenzhen)youxiangongsi |
| 10 | SiChuanHongJingDianChuangJiDianGongChengYouXianGongSi |
| 11 | liqiping*19 |
| 12 | C'eitura store US |
| 13 | FHTech Store |
| 14 | RUNMEI3 |
| 15 | HuamuTech |
| 16 | USEQUICK |
| 17 | Wonstyle |
| 18 | Idocolors Official |
| 19 | MaMiDay Fashion |
| 20 | jianghengshangmaoyouxiangongsi |
| 21 | 荣蓉融百货贸易 |
| 22 | LIANGda |
| 23 | Hongtaoguo-US |

| | |
|---|---|
| 24 | NEYDADU |
| 25 | Doncida Garden Flags |
| 26 | tengshenghong |
| 27 | SHOPALAZ |
| 28 | Özlem Bilgili |
| 29 | Tanlii Wang |
| 30 | Huochai Store |
| 31 | hengjitong |
| 32 | YANHAN SHOP |
| 33 | Jiaochang |
| 34 | FRODQYX Swimwear |
| 35 | 美媚跨境 |
| 36 | NATQOA |
| 37 | MiMaJianCan |
| 38 | LiTengTeng |
| 39 | wuguoqian789 |
| 40 | POISPOIS |
| 41 | JLJDP |
| 42 | ISOO STORE |
| 43 | G TREE |
| 44 | adayisi |
| 45 | Convenient shopping center |
| 46 | Coast&Cloth |
| 47 | tianjinbangteyunshugufenyouxiangongsi |
| 48 | BSongo |
| 49 | BOSHLIN |
| 50 | wqybcv |
| 51 | Snowflake Ornament |
| 52 | UOQAPRE |
| 53 | xingtingshangmao |
| 54 | lizardsl |
| 55 | Fashion Little Fish |
| 56 | One opening |
| 57 | mantangh |
| 58 | ITFABS 9-12Days delivered |
| 59 | Fitolos Direct |
| 60 | YYIJIU |
| 61 | usfashionstore |

| | |
|---|---|
| 62 | BediSwan |
| 63 | Dongguan Baidai Intelligent Technology Co., Ltd. |
| 64 | Azuki Fashon |
| 65 | lingxishuiyi |
| 66 | QChong3d |
| 67 | Umeyda Company |
| 68 | HanYuWang |
| 69 | Luxiangxiang |
| 70 | YAZILIND JEWELRY LTD |
| 71 | LY ONE |
| 72 | lijinrong |
| 73 | GORLIFE |
| 74 | XinXianDangDai(BeiJing)WenHuaYiShu |
| 75 | Gifilare |
| 76 | ZeeDeChang |
| 77 | Tranqudec |
| 78 | Yourchoose---USA |
| 79 | Duckee Jr |
| 80 | Hanni binh |
| 81 | JIALITFUN Store |
| 82 | superhuman technology |
| 83 | yeweidianzi |
| 84 | Yileqi US |
| 85 | HEVIRGO |
| 86 | Fiaer |
| 87 | Yola clothing |
| 88 | All- in Lucky store |
| 89 | Kidsway |
| 90 | SJJQUM Co.Ltd |
| 91 | KOI-Superin |
| 92 | jingdezhenhuanshiman |
| 93 | A Clothing Store |
| 94 | Yoummi |
| 95 | JHG |
| 96 | dianhello |
| 97 | Yoone |
| 98 | Best Experience |
| 99 | LOLIUICCA FASHION |

| 100 | yanweiniu official |
|-----|--------------------|
| 101 | yoeyez fall clearance |
| 102 | Shunrunxiang Co. Ltd |
| 103 | Addweet |
| 104 | 5diamondpainting |
| 105 | alanduo |
| 106 | prodpdiy |
| 107 | diydiamondpaintings |
| 108 | werematching |
| 109 | lovinpet |
| 110 | Duojuke |
| 111 | charmfay |