IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ANNA MELIS, | |
|---|---|
| Plaintiff, | Case No.: 1:25-cv-15036 |
| v. | Judge Thomas M. Durkin |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 12 | C'eitura store US |
| 13 | FHTech Store |
| 14 | RUNMEI3 |
| 15 | HuamuTech |
| 19 | MaMiDay Fashion |
| 29 | Tanlii Wang |
| 32 | YANHAN SHOP |
| 44 | adayisi |
| 48 | BSongo |
| 52 | UOQAPRE |
| 56 | One opening |
| 58 | ITFABS 9-12Days delivered |
| 59 | Fitolos Direct |
| 60 | YYIJIU |
| 63 | Dongguan Baidai Intelligent Technology Co., Ltd. |
| 66 | QChong3d |
| 67 | Umeyda Company |
| 68 | HanYuWang |
| 78 | Yourchoose---USA |

| 100 | yanweiniu official |
|---|---|
| 101 | yoeyez fall clearance |
| 102 | Shunrunxiang Co. Ltd |

DATED: January 15, 2026              Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 15, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                  */s/ Keith A. Vogt*
                  Keith A. Vogt