**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ANNA MELIS,

       Plaintiff,                          Case No.: 1:25-cv-15036

v.                                        Judge Thomas M. Durkin

THE PARTNERSHIPS AND           Magistrate Judge Keri L. Holleb Hotaling
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

       Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 16 | USEQUICK |
| 23 | Hongtaoguo-US |
| 64 | Azuki Fashon |
| 84 | Yileqi US |
| 85 | HEVIRGO |
| 86 | Fiaer |
| 87 | Yola clothing |
| 92 | jingdezhenhuanshiman |
| 96 | dianhello |
| 109 | lovinpet |

DATED:  February 9, 2026                    Respectfully submitted,

                                            /s/ Keith A. Vogt
                                            Keith A. Vogt
                                            FL Bar No. 1036084/IL Bar No. 6207971
                                            Keith A. Vogt PLLC
                                            1820 NE 163rd Street, Suite #306
                                            North Miami Beach, Florida 33162
                                            Telephone: 312-971-6752
                                            E-mail: keith@vogtip.com

                                            **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 9, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt